UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 18-82270
Anthony and Chrystine Concialdi )
) Chapter: 13
) Honorable Thomas M. Lynch
Debtor(s) )

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS MATTER COMING before the Court on the Motion for Relief from Stay, all parties having been given proper notice and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Movant's Motion for Relief from Stay is granted.

2. The Automatic Stay against Anthony and Chrystine Concialdi is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Narco Merchant Services, Inc. shall have the right to proceed with the pending McHenry County Forcible Entry and Detainer proceeding against the Debtors, but this Order shall not allow Movant to seek or recover a claim for monetary damages against the Debtors.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: November 21, 2018

**Prepared by:**

JASON H. ROCK #6225946
Barrick, Switzer, Long,
 Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jrock@bslbv.com